[No. 31321-9-II.   Division Two.   February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA LYNNY FOREMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01331-7, D. Gary Steiner, J., entered January 21, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 31405-3-II.   Division Two.   February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE L. LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 03-1-00078-5, F. Mark McCauley, J., entered February 23, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 31420-7-II.   Division Two.   February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DALE WARHURST, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-8-00974-7, Edwin L. Poyfair, J., entered February 13, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Armstrong, J.

[No. 31730-3-II.   Division Two.   February 23, 2005.]

CARRIE MARVIK, *Respondent*, v. MARY WINKELMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-14117-5, Brian M. Tollefson, J., entered May 4, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 126 Wn. App. 655.